# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CURVAN WAYNE GILKES,** | : CIVIL ACTION NO. 4:03-CV-1417 |
| **Petitioner** | : (Judge Conner) |
| v. | : |
| **TOM RIDGE and BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT,** | : |
| **Respondents** | : |

## ORDER

AND NOW, this 21st day of June, 2005, upon consideration of the mandate of the Court of Appeals for the Third Circuit (Doc. 43), directing the appointment of counsel for petitioner, it is hereby ORDERED that the Federal Public Defender's Office is APPOINTED as counsel for petitioner in the above-captioned case. See 18 U.S.C. § 3006(a)(2).

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge