## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURVAN WAYNE GILKES, (A14-893-846) | : : | Civil Action No. 4:CV-03-1417 |
| Petitioner, | : | (Judge Conner) |
| v. | : : | |
| ATTORNEY GENERAL OF THE UNITED STATES; BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT, | : : : : | |
| Respondents. | : | |

OCT 11 2007

### ORDER OF COURT

AND NOW, this __11th__ day of October, 2007, upon consideration of Petitioner's Motion for Order Directing Submission to DNA Test, and Respondent's concurrence thereto,

**IT IS HEREBY ORDERED** that Petitioner's Motion is **GRANTED**, and it is further

**ORDERED** that Hugh Gilkes, as soon as reasonably practicable, shall present himself to a properly certified laboratory or medical facility, for the purpose of having blood drawn, which blood samples shall be submitted to Orchid Cellmark, Inc., Dayton, Ohio, for blood genetic marker tests or tests, including DNA testing, and it is further

**ORDERED**, that upon completion, Orchid Cellmark shall mail a copy of the test results to Petitioner's counsel, James V. Wade, Esq., 100 Chestnut Street, Suite 306, Harrisburg, PA 17101, and to Respondents' counsel, Daryl F. Bloom, Esq., 228 Walnut Street, Harrisburg, PA, 17108, and it is further

**ORDERED**, that the costs of such testing shall be borne by Petitioner.

BY THE COURT:

_/s/ Christopher C. Conner_
DISTRICT JUDGE CHRISTOPHER C. CONNER
United States District Judge